# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Rain Concha (aka Rainbear Concha)<br>Born 1997 | )<br>)<br>)   Case No. 18 mr 777<br>)<br>)<br>) |

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 AUG 22   AM 10: 21

CLERK-ALBUQUERQUE

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __New Mexico__
*(identify the person or describe the property to be searched and give its location):*

DNA evidence, specifically samples collected in the form a saliva, by way of oral buccal swabs.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

18 USC 5031 Federal Juvenile Delinquency Act
Ct. 1 18 USC 1153, 2241(a)(1)2241 (a)(1) and 2246 (2)(C) Aggravated Sexual Abuse
Ct. 2 18 USC 1153, 2241(a)(1) and 2246(2)(A): Attempted Aggravated Sexual Abuse

**YOU ARE COMMANDED** to execute this warrant on or before __8/29/18__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Jerry H. Ritter__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __8/22/18   8:50 a.m.__   _____
*Judge's signature*

City and state: __Albuquerque, NM__   __Jerry H. Ritter   U.S. Magistrate Judge__
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: <br> 18MR777 | Date and time warrant executed: <br> 8/22/18 1615 complete | Copy of warrant and inventory left with: <br> Rain Concha |
| Inventory made in the presence of: Carleen Fischer | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> Buccal Swabs from Rain Concha | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/22/18

_____
Executing officer's signature

Carleen Fischer, Special Agent
Printed name and title